UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TERRY KIDDER,

     Plaintiff,                           Case No.  3:22-cv-085

vs.

ACCURATE BACKGROUND, INC.,       District Judge Michael J. Newman
                                           Magistrate Judge Caroline H. Gentry

     Defendant.

_____

## ORDER CONDITIONALLY DISMISSING THIS CASE
_____

       The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

       **IT IS SO ORDERED.**

  December 8, 2022                 s/Michael J. Newman
                                     Hon. Michael J. Newman
                                     United States District Judge